UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

CIVIL MINUTES -- GENERAL

Case No.  MC-15-224-R                                                            Date: MAY 2, 2017

Title:   MITSUBISHI ELEC. CORP. -V.- SCEPTRE, INC.
=======================================================================
PRESENT:  HONORABLE MANUEL L. REAL, JUDGE

| Christine Chung | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                                                  None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)

The Court has reviewed the parties' Status Report filed May 1, 2017 (Dckt. No. 13). Pursuant to the Status Report stating that the matters have been resolved, this case is hereby dismissed and the Clerk's Office is hereby directed to close this case (JS-6).

IT IS SO ORDERED.

MINUTES FORM 11                                                         Initials of Deputy Clerk ___cch___
CIVIL -- GEN